```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                    CASE NO. 06 B 12244
     JAMES LAIN
                                          CHAPTER 13

                                          JUDGE: BRUCE W BLACK

          Debtor
    SSN XXX-XX-4228
```

---

### TRUSTEE'S FINAL REPORT AND ACCOUNT

---

Glenn Stearns, Chapter 13 Standing Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 USC 1302(b)(1).

1. The case was filed on 09/27/06 and confirmed on 12/07/06.

2. The case was dismissed after confirmation, 10/17/2008.

3. The Debtor paid a total of $  1550.00 .

4. The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WASHINGTON MUTUAL BNK/BN | CURRENT MORTG | .00 | .00 | .00 |
| WASHINGTON MUTUAL | SECURED | .00 | .00 | .00 |
| ASSOCIATED PATHOLOGISTS/ | UNSECURED | NOT FILED | .00 | .00 |
| PRAIRIE EMERGENCY SERVIC | UNSECURED | 668.00 | .00 | .00 |
| SILVER CROSS CARDIOVASCU | UNSECURED | NOT FILED | .00 | .00 |
| WACHOVIA DEALER SERVICES | UNSECURED | 7282.62 | .00 | .00 |
| WASHINGTON MUTUAL BNK/BN | MORTGAGE ARRE | .00 | .00 | .00 |
| PATRICK A MESZAROS | REIMBURSEMENT | 49.00 | .00 | 49.00 |

Summary of disbursements:

| | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|
| TOTAL CLMS ALLOWED | .00 | 49.00 | 7950.62 | .00 | 7999.62 |
| PRINCIPAL PAID | .00 | 49.00 | .00 | .00 | 49.00 |
| INTEREST PAID | .00 | .00 | .00 | .00 | .00 |
| TOTAL PAID | .00 | 49.00 | .00 | .00 | 49.00 |

The Debtor's attorney, PATRICK A MESZAROS           , was allowed $  3000.00 and was paid $   1432.86 .

The Trustee received $       68.14 .

Refunds to the Debtor totaled $        .00 .

Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.

```
Dated: 01/16/09              /S/
                          GLENN STEARNS
```

CHAPTER 13 TRUSTEE

PAGE 2
CASE NO. 06 B 12244 JAMES LAIN